JOHN F. WILSON, appellant,

*v.*

PETER B. RANDOLPH et al., administrators, respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Randolph* v. *Wilson, 11 Stew. Eq. 28.*

*Mr. J. J. Bergen*, for appellant.

*Mr. W. B. Maxson* and *Mr. R. V. Lindabury*, for respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.